UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Ho,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Yaser Yaser;<br>Nawal Yaser;<br>Audeh S. Habash; and Does 1-10,<br><br>　　　　Defendants. | Case: 3:13-CV-04755-JD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## **ORDER**

　　Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 3, 2014

HONORABLE JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE